UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PARADIGM LIVING CONCEPTS, LLC d/b/a PARADIGM HEALTH, <br><br> Plaintiff, <br><br> v. <br><br> GREAT LAKES ACQUISITION CORP. d/b/a GREAT LAKES CARING a part of the ELARA CARING NETWORK and COMMUNITY HOME HEALTH NETWORK OF INDIANA, LLC a part of the ELARA CARING NETWORK <br><br> Defendants. | Case No. 1:20-cv-01066-TWP-DLP |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendants, by counsel, hereby jointly stipulate and agree to the dismissal of this lawsuit with prejudice, with each party to pay their own costs, expenses, and attorneys' fees.

Attorneys for Plaintiff

/s/ Debra A. Mastrian
Debra A. Mastrian (17863-30)
Linda L. Pence (13198-98)
SmithAmundsen LLC
201 N. Illinois Street, Suite 1400
Indianapolis, IN 46204
Phone: (317) 464-4100
dmastrian@salawus.com
lpence@salawus.com

Attorneys for Defendants

/s/ Eric J. Pelton
Eric J. Pelton (admitted *pro hac vice*)
Thomas J. Davis (admitted *pro hac vice*)
Kienbaum Hardy Viviano Pelton & Forrest, P.L.C.
280 N. Old Woodward Ave., Suite 400
Birmingham, MI 48009
Phone: (248) 645-000
epelton@khvpf.com
tdavis@khvpf.com

Renea E. Hooper (26629-45)
Scopelitis, Garvin Light, Hanson & Feary, P.C.
10 W. Market Street, Suite 1400
Indianapolis, IN 46204
Phone: (317) 637-1777
rhooper@scopelitis.com